**Opinion filed December 1, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00266-CV

_____

## IN THE INTEREST OF W.M.C., A CHILD

**On Appeal from the County Court at Law**
**Nolan County, Texas**
**Trial Court Cause No. CC-6349**

## M E M O R A N D U M   O P I N I O N

A.M.C. filed a pro se "Notice of Appeal" from a master's order regarding child custody. In her notice of appeal, A.M.C. requested a trial de novo. After reviewing the notice of appeal and the documents on file in this court, the clerk of this court wrote A.M.C. and notified her that it appeared to this court that the notice of appeal had been inadvertently filed in this court; that the notice of appeal was in substance a request for a trial de novo hearing before the referring court from an associate judge's order and was not a notice of appeal from a final, appealable order; and that the appeal should be dismissed for want of jurisdiction. *See* TEX. FAM. CODE ANN. § 201.015 (West Supp. 2011). We requested that A.M.C. respond in writing and show grounds for continuing this appeal. TEX. R. APP. P. 42.3. A.M.C. has not responded.

Accordingly, we dismiss the appeal.

December 1, 2011                                                                                                  PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.